**Order entered November 29, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01349-CV

## IN RE VENKY VENKATRAMAN, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF04-11968**

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ELIZABETH LANG-MIERS
          JUSTICE